# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| RENEE K. TRIMBUR, ET AL., | ) | CASE NO. 2:13-CV-0160 |
| | ) | |
| Plaintiffs, | ) | JUDGE EDMUND A. SARGUS, JR. |
| | ) | |
| v. | ) | MAGISTRATE JUDGE NORAH |
| | ) | MCCANN KING |
| | ) | |
| NORFOLK SOUTHERN RAILWAY | ) | |
| COMPANY, ET AL. | ) | AFFIDAVIT OF |
| | ) | DAVID SCHOENDORFER, CHMM |
| Defendants | ) | |

DAVID SCHOENDORFER, CHMM, being first duly sworn according to law, deposes and states as follows:

1.    I am currently employed as a Manager of Hazardous Materials for Norfolk Southern. I similarly held this title at the time of the train derailment that is the subject of *Trimbur, et al. v. Norfolk Southern Railway Company, et al.*

2.    I base this Affidavit upon my personal knowledge.

3.    On July 11, 2012, three DOT-111A100W1 tank cars containing denatured ethanol (Alcohol, N.O.S.) were present on train 186L809 at the time the train derailed. These tank cars were identified as NATX 364017, NATX 364083, and NATX 364118.

4.    Neither Norfolk Southern Railway Company ("NSRC"), nor Norfolk Southern Corporation ("NSC"), designed, manufactured, leased, owned, or maintained tank cars NATX 364017, NATX 364083, and NATX 364118.    American Railcar Industries ("ARI")

manufactured these tank cars in 2007 for General Electric Capital Railcar ("GE"). GE was the owner of the tank cars on July 11, 2012.

5.      Tank cars NATX 364017, NATX 364083, and NATX 364118 were certified as qualified for use in transporting hazardous materials such as denatured ethanol, as reflected in the 2007 ARI Application for Approval and Certificate of Construction for these cars.

6.      A true and accurate copy of the ARI Application for Approval and Certificate of Construction for NATX 364017, NATX 364083, and NATX 364118 is attached hereto. As noted on the Certificate, the Association of American Railroads ("AAR") Tank Car Committee approved ARI's Application on June 8, 2007. Further, ARI certified that the tank cars conformed "to all applicable DOT and AAR requirements."

7.      On July 3-4, 2012, a third party (unrelated to NSRC and NSC) inspected, loaded, and offered tank cars NATX 364017, NATX 364083, and NATX 364118 into service in Cedar Rapids, Iowa. The cars were bound for a facility in Roanoke, Virginia. A true and accurate copy of the relevant Straight Bills of Lading is attached hereto.

8.      NSRC accepted the referenced tank cars in interchange from another railroad in Chicago, Illinois, on or about July 10, 2012.

FURTHER AFFIANT SAYETH NAUGHT.

**DAVID SCHOENDORFER, CHMM**

SWORN TO BEFORE ME and subscribed in my presence this 25 day of July, 2014.

Notary Public

Cynthia M. Ball
Notary Public - ID 7542226
Commonwealth of VA
My Com. Exps. 10 | 31 | 17

## APPLICATION FOR APPROVAL AND CERTIFICATE OF CONSTRUCTION

Page 1 of 2

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1 | APPROVAL REQUESTED OF: ☐ PRECEDENT ☒ NONPRECEDENT | | 2 | TYPE: ☒ CONSTRUCTION ☐ ALTERATION ☐ CONVERSION | ☐ WELDED REPAIRS ☐ OTHER | 3 | AAR NO. _____ L071000C |

4  DATE:  Orig.  3/4/07  Rev C 6/8/07

5  APPLICANTS NO. _____ 28-70084

6  APPLICANT: _____ ARI

100 Clark St., St. Charles, MO  63301-2075

7  TANK SPECIFICATION:  DOT 111A100W1

8  STENCILED SPEC.:  DOT 111A100W1

9  REPORTING MARKS & CAR NUMBERS  NATX 364000 - 364499

10  NUMBER OF CARS  500

| | | | | | |
|---|---|---|---|---|---|
| 11 | Initial commodity | See Notes | 12 | Density, lb., per gal. | 6.67 |
| 13 | Full water capacity, gal. | 30,000 | 14 | Dome capacity or outage, gal. | Complies w/DOT 173.24b |
| 15 | Material type and grade—heads | AAR TC128 Gr. B  Norm | 16 | Material type and grade—shell | AAR TC128 Gr. B  Norm |
| 17 | Material thickness—heads, in. | 7/16 | 18 | Material thickness—shell, in. | 7/16 |
| 19 | Lining type | - - - - - | 20 | Inside diameter—center, in. | 119 1/8 |
| 21 | Inside diameter—end rings, in. | 119 1/8 | 22 | Head radius, main, in. (if not 2:1) | - - - - - |
| 23 | Test pressure, psi | 165 | 24 | Insulation type | None |
| 25 | Insulation thickness, in. | - - - - - | 26 | Thermal conductivity, Btu-in/hr—ft²-F | - - - - - |
| 27 | Type and number of pressure relief devices | Valve (1) | 28 | Pressure relief device start-to-discharge, psi | 75 |
| 29 | Pressure relief device flow capacity, cfm required | 20,520 (A8.1.1.1a) | 30 | Pressure relief device flow capacity, cfm, actual | 21,602 |
| 31 | Tank surface area, sq. ft. | 1761 | 32 | Underframe or stub sill type | ARI 300 (Fig. 1) |
| 33 | Center of gravity, loaded, in. | 90.49" | 34 | Est. light weight, lb. | 67,000 |
| 35 | AAR clearance diagram | C | 36 | Rail load limit, lb. | 263,000 ** |
| 37 | Truck capacity, tons | 100 | 38 | Head shields | - - - - - |

Notes:  *Spring Travel 3 11/16".
ETHANOL and products authorized by DOT Part 173 for which there are no special
commodity requirements and non-regulated commodities compatible with this class of car.

** Future operation of these cars for unlimited interchange at 286K GRL would require Trucks
to fully comply with M-976, cars to comply with S-286 and M1002 Para. 1.3.16, and be
marked as Class AAR-211.

Original Certificate _____
Builder _____
Date _____
Former lading _____

| The Following Drawings Apply: | | The Following Prior Approvals Apply: | |
|---|---|---|---|
| | Drawing Number | Drawing Number | Application/Certificate No. |
| 39  General Arrangement............................ | See Page 2 | | |
| 40  Tank Arrangement................................ | See Page 2 | | |
| 41  Reinforced Openings, Including Calculations... | See Page 2 | | |
| 42  Anchorage, Including Calculations............. | 5-W-7468-00-C | 5-W-7468-00-A | L061013 |
| 43  Fittings Arrangement............................. | See Page 2 | | |
| 44  Manway Assembly................................ | 5-W-8186-01-E2 | 5-W-8186-01-C1 | L061013 |
| 45  Protective Housing............................... | See Item 46 | | |
| 46  Venting, Loading, and Discharge Valves........ | See Page 2 | | |
| 47  Pressure Relief Devices.........Midland | A-2097 | | PRD022004 |
| 48  Heater Systems (Int. ☐  Ext. ☐)............ | None | | |
| 49  Gauging Devices.................................. | Visual Gauge Bar | | |
| 50  Bottom Outlet Valve....Midland – (10 cars) & ARI...– (490 cars).. | A-520-C1-SH-CS ARI - 2040 | | E022012 E041023 |
| 51  BOV Arrangement......Midland  (10 cars) & ARI.....(65 cars) & ARI....(425 cars) | 5-W-8852-00-C 5-W-9470-00-A1 5-W-9470-01-A1 | | |
| 52  Manway Cover..................................... | 5-K-2329-00-G | 5-K-2329-00-G | L061013 |
| 53  Calculations....................................... | | | |
| 54  Tank Qualification Drawing....................... | ACF Service Bulletin TC14 | | L061013 |

REVISIONS:  Line 30 was 20,464. Line 47 was Midland A-2095. Rev A: Line
46 A, 3" and 2" valve description was "2236-MT".
Rev B: Line 9 was TBD. Line 40.C was 5-W-8886-00-A . Line 50, and 51 was
only Midland Valve.
Rev C: Line 9 was 364000 - 364499

Date of Order:  8/15/2006

APPROVAL—AAR Tank Car Committee

APPLICATION BY: _____ C. A. Edmonds

I certify that the foregoing conforms to all applicable DOT and AAR
requirements, including specifications, regulations, rules of
interchange, and the DOT Railroad Safety Appliance Standards.

SIGNATURE _____
TITLE _____ Mngr Tank Car Engineering

Date Approved  JUN 08 2007 _____

(Signature) on behalf of Tank Car Committee

CERTIFICATION:  The cars enumerated below conform to the above approved description and to all applicable DOT and AAR requirements, including
specifications, regulations, rules of interchange, and the DOT Railroad Safety Appliance Standards.  Copy of this Certificate of Construction will be
furnished to the owner and others as required by 49 CFR Part 179.5 before these cars are placed in service.
Initials and Car Numbers:

Name _____

Title  Manager, Quality Assurance

Date  10/19/07

AAR No. _____L071000C

Applicant's No. _____28-70064

Date  Orig  3/4/07 Rev C 6/6/07

The following items and item numbers refer to like item numbers on Page 1.

39.  General Arrangment: 5-W-8813-00-A
Same as 5-W-7872-00-A (L0610013), except for minor change to length over head weld seams.

40.  Arrangement, Tank:
A.  Tank Arrangement:  5-W-3578-00-C
Same as 5-W-3578-00-A (L041017A) except for minor changes.
B.  Fit Arrangement : 5-W-6819-04-C1
Same as 5-W-6819-00-B (L061013), except for minor welding updates.
C.  Welded Attachment:  5-W-8888-00-B, same as 5-W-7841-00-A (L061013) except for minor changes
resulting from measurements taken from head seam weld, and additional pads for BOV handle support.

41.  Reinforced Openings, Including Calculations:
A.  20 in. Manway Nozzle Reinf.:  5-U-8291-01-A13    (L061013)
B.  16" Top Unloading Nozzle Reinf.:  5-W-3995-01-A2 (L061013)
C.  6.50 in. SRD Nozzle Reinf.:  5-U-8423-01-D        (L061013)
D.  BOV Flange Reinf.:  5-V-8085-00-H1
Same as 5-V-8058-08-H                              (L061013)
E.  Sump/Skid: 5-V-9041-00-F                         (L061013)

43  Fittings Arrangment:
A.  5-W-8850-00-A: Same as 5-W-7474-00-A (L061013) except for different valve manufacturers, and an
extended BOV handle.

46.  Venting, Loading and Discharge Valves:
A.  Top Unloading Arrangement: 5-W-8851-01-B:
Same as 5-W-7473-00-A (L061013), except for valve manufacturers.
3" Jamesbury Ball Valve 6FR-3600-MT  (E-989012)
2" Jamesbury Ball Valve 6FR-3600-MT  (E-989012)
B.  Gasket Arrangement 4-W-8865-00-A
C.  Torque Arrangment 5-W-6029-00-B        (L061013)

APPLICATION BY: _____ C. A. Edmonds

I certify that the foregoing conforms to all applicable DOT and AAR
requirements, including specifications, regulations, rules of interchange,
and the DOT Railroad Safety Appliance Standards

SIGNATURE _____

TITLE _____ Mngr Tank Car Engineering

APPROVAL—AAR Tank Car Committee

Date Approved _____ JUN 08 2007

(signature) on behalf of the Tank Car Committee

ATTACHMENT A - AAR APPLICATION NO. L071000 (Page 15)

REFERENCE LOT 28-70064

Cars Ready to Ship

NATX 364273

Signature _____     Date ___10/17/07___
                Manager, Quality Assurance

Cars Ready to Ship

NATX 364291

Signature _____     Date ___10/18/07___
                Manager, Quality Assurance

Cars Ready to Ship

NATX 364276, 364284, 364286

Signature _____     Date ___10/19/07___
                Manager, Quality Assurance



BOL No: 1369006     Straight Bill of Lading - Original - Not Negotiable     Ship Date: 7/4/2012

| | |
|---|---|
| To Consignee: Eco-Energy, Inc.<br><br>Sold To: Eco-Energy, Inc.<br>Sales Contract: NOR12BD00001<br>Their Contract:<br>Destination: Roanoke, VA - NS TBT<br>810 Hollins Road<br>Roanoke, VA 24012<br><br>Routing: Cedar Rapids, IA to Roanoke, VA : NS | From Shipper: Penford Products Co.<br><br>Origin: Cedar Rapids, IA - Penford Products<br>1001 1st St. SW<br>Cedar Rapids, IA 52404<br><br>Contract No: PEN12TP00023 |
| Notes: | Comments: |

| 28,440 Net GAL | HM | Description of Articles | Origin Release No. | Vehicle: |
|---|---|---|---|---|
| | X | UN1987, Alcohols N.O.S., (Denatured Ethanol),3, PG II, STCC4909152 1 TC | | NATX364017 |
| 29,005 Gross GAL | | | Customer PO No.<br>EXX12TS00019 | |
| Time Loaded: 04:59 | | Seals: 058334/058335/058336 | Group: | |

**Certificate of Analysis ASTM 4806-10b**

Meter Ticket: 21798   Temp: 91°F   Net Vol: 28440   Gross Vol: 29005   Scale:
Source Tank: Rail Loadout - Penford   By: TM   Test Date:

| Quality | Range | Result | UOM | Testing Method |
|---|---|---|---|---|
| Acidity | (0 to 0.007) | 0.0030 | % | ASTM D1613 |
| Apparent Proof | (200 to 203) | 200.6 | % | |
| Aromatic Hydrocarbon Content | (0 to 1.7) | 0.20 | % | ASTM D5580-95 |
| Benzene Content | (0 to 0.06) | 0.01 | % | ASTM D5580-95 |
| Copper Content | (0 to 0.08) | 0.03 | ppm | ASTM D1688 |
| Denaturant Content | (1.96 to 2.5) | 2.00 | % | |
| Ethanol Content | (93.5 to 100) | 96.9 | % | ASTM D5501 |
| Inorganic Chloride Content | (0 to 32) | 1 | ppm | ASTM D7319 |
| Methanol Content | (0 to 0.5) | 0.05 | % | ASTM D5501 |
| Olefins Content | (0 to 0.5) | 0.02 | % | ASTM D5501 |
| PHE | (6.5 to 9) | 8.3 | | ASTM D6423 |
| Water Content | (0 to 1) | 0.23 | % | ASTM E203 or E1064 |
| Solvent-washed Gum | (0 to 0.5) | 0.5 | ppm | ASTM D381, Air Jet Apparatus |
| Sulfate Content | (0 to 4) | 0.0 | ppm | ASTM D7318 |
| Sulfur Content | (0 to 10) | 1 | ppm | ASTM D5453-93 |
| Visual Appearance | (0 to 0) | clearbright | | |

Received, subject to classifications and lawfully filed tariffs in effect on the date of the issue of this Bill of Lading, the property described above is in apparent good order, except as noted (contents and conditions of packages unknown), marked, consigned and destined as indicated above which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route to destination and as each party at anytime interested in all of any of said property, that any service to be performed hereunder shall be subject to all of the bill of lading terms and conditions in the governing classification at the date of. Shipper hereby certifies that he is familiar with all of the bill of lading terms and conditions or the governing classification and the said terms and conditions are hereby agreed by the shipper and accepted to himself and his assigns. This ethanol meets the standards for denatured ethanol intended for use as a blend component in California gasoline.

From Shipper: Penford Products Co.       Carrier: NS

Per:       Per:

IN CASE OF EMERGENCY CONTACT CHEMTREC 1-800-424-9300 24 HRS     Date: 7/4/2012

Mark with "X" to designate Hazardous Material as defined in Title 49 of the Code of Federal Regulations. Monitored at all times the Hazardous Material is in transportation including storage incidental to transportation (1,72,604) **This to certify that herein named materials are properly classified, described, packaged, marked, and labelled and in proper condition for transportation according to the applicable regulations of the Department of Transportation**



BOL No: 1369007      Straight Bill of Lading - Original - Not Negotiable      Ship Date: 7/4/2012

| To Consignee: Eco-Energy, Inc.<br><br>  Sold To: Eco-Energy, Inc.<br>Sales Contract: NOR12BD00001<br>Their Contract:<br>Destination: Roanoke, VA - NS TBT<br>    810 Hollins Road<br>    Roanoke, VA 24012<br><br>Routing: Cedar Rapids, IA to Roanoke, VA : NS | From Shipper: Penford Products Co.<br><br>Origin: Cedar Rapids, IA - Penford Products<br>    1001 1st St. SW<br>    Cedar Rapids, IA 52404<br><br>Contract No: PEN12TP00023 |
|---|---|
| Notes: | Comments: |

| 28,457 Net GAL | HM | **Description of Articles** | Origin Release No. | Vehicle: |
|---|---|---|---|---|
| 28,998 Gross GAL | X | UN1987, Alcohols N.O.S., (Denatured Ethanol),3, PG II, STCC4909152 1 TC | Customer PO No.<br>EXX12TS00019 | NATX364083 |
| Time Loaded: 06:29 | | Seals: 058336/058337/058338 | Group: | |

### Certificate of Analysis ASTM 4806-10b

Meter Ticket: 21800    Temp: 89°F    Net Vol: 28457    Gross Vol: 28998    Scale:
Source Tank: Rail Loadout - Penford    By: DF    Test Date:

| Quality | Range | Result | UOM | Testing Method |
|---|---|---|---|---|
| Acidity | (0 to 0.007) | 0.0038 | % | ASTM D1613 |
| Apparent Proof | (200 to 203) | 200.8 | % | |
| Aromatic Hydrocarbon Content | (0 to 1.7) | 0.20 | % | ASTM D5580-95 |
| Benzene Content | (0 to 0.06) | 0.01 | % | ASTM D5580-95 |
| Copper Content | (0 to 0.08) | 0.03 | ppm | ASTM D1688 |
| Denaturant Content | (1.96 to 2.5) | 2.39 | % | |
| Ethanol Content | (93.5 to 100) | 97.0 | % | ASTM D5501 |
| Inorganic Chloride Content | (0 to 32) | 1 | ppm | ASTM D7319 |
| Methanol Content | (0 to 0.5) | 0.05 | % | ASTM D5501 |
| Olefins Content | (0 to 0.5) | 0.02 | % | ASTM D5501 |
| PHE | (6.5 to 9) | 8.3 | | ASTM D6423 |
| Water Content | (0 to 1) | 0.18 | % | ASTM E203 or E1064 |
| Solvent-washed Gum | (0 to 0.5) | 0.5 | ppm | ASTM D381, Air Jet Apparatus |
| Sulfate Content | (0 to 4) | 0.0 | ppm | ASTM D7318 |
| Sulfur Content | (0 to 10) | 1 | ppm | ASTM D5453-93 |
| Visual Appearance | (0 to 0) | clear/bright | | |

Received, subject to classifications and lawfully filed tariffs in effect on the date of the issue of this Bill of Lading, the property described above is in apparent good order, except as noted (contents and conditions of packages unknown), marked, consigned and destined as indicated above which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route to destination and as each party at anytime interested in all of any of said property, that any service to be performed hereunder shall be subject to all of the bill of lading terms and conditions in the governing classification the date of. Shipper hereby certifies that he is familiar with all of the bill of lading terms and conditions or the governing classification and the said terms and conditions are hereby agreed by the shipper and accepted to himself and his assigns. This ethanol meets the standards for denatured ethanol intended for use as a blend component in California gasoline.

**From Shipper:** Penford Products Co.      **Carrier:** NS

       **Per:**                                        **Per:**

IN CASE OF EMERGENCY CONTACT CHEMTREC 1-800-424-9300 24 HRS      **Date:** 7/4/2012

Mark with "X" to designate Hazardous Material as defined in Title 49 of the Code of Federal Regulations. Monitored at all times the Hazardous Material is in transportation including storage incidental to transportation (1.72.604) **This is to certify that herein named materials are properly classified, described, packaged, marked, and labelled and in proper condition for transportation according to the applicable regulations of the Department of Transportation**



BOL No: 1369004     Straight Bill of Lading - Original - Not Negotiable     Ship Date: 7/3/2012

| To Consignee: Eco-Energy, Inc. | From Shipper: Penford Products Co. |
|---|---|
| Sold To: Eco-Energy, Inc.<br>Sales Contract: NOR12BD00001<br>Their Contract:<br>Destination: Roanoke, VA - NS TBT<br>810 Hollins Road<br>Roanoke, VA  24012<br><br>Routing:  Cedar Rapids, IA to Roanoke, VA : NS | Origin: Cedar Rapids, IA - Penford Products<br>1001 1st St. SW<br>Cedar Rapids, IA 52404<br><br>Contract No:  PEN12TP00023 |

| Notes: | Comments: |
|---|---|

| 28,400 Net GAL | HM | Description of Articles | Origin Release No. | Vehicle: |
|---|---|---|---|---|
| 28,995 Gross GAL | X | UN1987, Alcohols N.O.S., (Denatured Ethanol),3, PG Ii, STCC4909152 1 TC | Customer PO No.<br>EXX12TS00019 | NATX364118 |
| Time Loaded: 19:21 | | Seals: 058270/058331/058332 | Group: | |

### Certificate of Analysis  ASTM 4806-10b

Meter Ticket: 21797   Temp: 92°F   Net Vol: 28400   Gross Vol: 28995   Scale:

Source Tank: Rail Loadout - Penford   By: jl   Test Date:

| Quality | Range | Result | UOM | Testing Method |
|---|---|---|---|---|
| Acidity | (0 to 0.007) | 0.0030 | % | ASTM D1613 |
| Apparent Proof | (200 to 203) | 200.8 | % | |
| Aromatic Hydrocarbon Content | (0 to 1.7) | 0.20 | % | ASTM D5580-95 |
| Benzene Content | (0 to 0.06) | 0.01 | % | ASTM D5580-95 |
| Copper Content | (0 to 0.08) | 0.03 | ppm | ASTM D1688 |
| Denaturant Content | (1.96 to 2.5) | 2.37 | % | |
| Ethanol Content | (93.5 to 100) | 97.0 | % | ASTM D5501 |
| Inorganic Chloride Content | (0 to 32) | 1 | ppm | ASTM D7319 |
| Methanol Content | (0 to 0.5) | 0.05 | % | ASTM D5501 |
| Olefins Content | (0 to 0.5) | 0.02 | % | ASTM D5501 |
| PHE | (6.5 to 9) | 8.7 | | ASTM D6423 |
| Water Content | (0 to 1) | 0.17 | % | ASTM E203 or E1064 |
| Solvent-washed Gum | (0 to 0.5) | 0.5 | ppm | ASTM D381, Air Jet Apparatus |
| Sulfate Content | (0 to 4) | 0.0 | ppm | ASTM D7318 |
| Sulfur Content | (0 to 10) | 1 | ppm | ASTM D5453-93 |
| Visual Appearance | (0 to 0) | clear/bright | | |

Received, subject to classifications and lawfully filed tariffs in effect on the date of the issue of this Bill of Lading, the property described above is in apparent good order, except as noted (contents and conditions of packages unknown), marked, consigned and destined as indicated above which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route to destination and as each party at anytime interested in all of any of said property, that any service to be performed hereunder shall be subject to all of the bill of lading terms and conditions in the governing classification of the date of. Shipper hereby certifies that he is familiar with all of the bill of lading terms and conditions or the governing classification and the said terms and conditions are hereby agreed by the shipper and accepted to himself and his assigns. This ethanol meets the standards for denatured ethanol intended for use as a blend component in California gasoline.

**From Shipper:** Penford Products Co.      **Carrier:** NS

**Per:**      **Per:**

IN CASE OF EMERGENCY CONTACT CHEMTREC 1-800-424-9300 24 HRS     **Date:** 7/3/2012

Mark with "X" to designate Hazardous Material as defined in Title 49 of the Code of Federal Regulations. Monitored at all times the Hazardous Material is in transportation including storage incidental to transportation (1.72.604) **This to certify that herein named materials are properly classified, described, packaged, marked, and labelled in proper condition for transportation according to the applicable regulations of the Department of Transportation**