UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

RENEE K. TRIMBUR, et al.,

    Plaintiffs,

v.

NORFOLK SOUTHERN RAILWAY
COMPANY, et. al.,

    Defendants.

Case No. 2:13-cv-0160
CHIEF JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Norah McCann King

## ORDER

The parties have advised the Court that a settlement has been reached in this case. The Court hereby directs the Clerk to administratively close this case and remove it from this Court's active docket. The case may be re-opened upon proper motion of any party.

IT IS SO ORDERED.

3-23-2016
DATE

EDMUND A. SARGUS, JR.
CHIEF UNITED STATES DISTRICT JUDGE